IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 4:07CR3084 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ASHLEY RAMER, | ) | |
| | ) | |
| Defendant. | ) | |

On the court's own motion, and to accommodate a change in the undersigned's schedule,

IT IS ORDERED that the defendant's Rule 35 hearing has been rescheduled before the undersigned United States district judge to February 11, 2010, at 1:00 p.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant will participate in the hearing by telephone.

Dated January 21, 2010.

                                              BY THE COURT:

                                              *Richard G. Kopf*
                                              United States District Judge