**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | 4:07CR3084 |
| | ) ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| ASHLEY MARIE RAMER, | ) ) ) | |
| Defendant. | ) ) | |

**IT IS ORDERED,**

1) The above-named defendant shall be detained until further order, because:

   -- The defendant has failed to meet the burden of showing, by clear and convincing evidence pursuant to 18 U.S.C. § 3153 (a) and Fed. R. Crim. P. Rule 32.1(a)(6) that defendant is not likely to fail to appear or pose a danger to the safety of any person or the community.

   -- The Court's findings are based on the evidence presented in court and that contained in the court's records, and includes the following: <u>The defendant's irrational thinking and substance addiction poses a risk to herself and others at this time. Mental health and drug treatment options are being investigated. Pending the results of that investigation, defendant will be detained.</u>

2) The defendant is committed to the custody of the Attorney General for confinement in a corrections facility; the defendant shall be afforded reasonable opportunity for private consultation with counsel; and on order of a court of the United States, or on request of an attorney for the government, the person in charge of the facility shall deliver the defendant to a United States Marshal for appearance in connection with a court proceeding.

3) A preliminary hearing will be held on March 2, 2011 at 2:30 p.m. before the undersigned magistrate judge. Counsel for the government, defense counsel, and the defendant shall attend the hearing.

February 17, 2011          BY THE COURT:

                           *s/Cheryl R. Zwart*
                           Cheryl R. Zwart
                           United States Magistrate Judge