IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:07CR3084 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| ASHLEY MARIE RAMER, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the defendant is permitted to send mail to and receive mail from her mother, Kimberly Faust, who is currently incarcerated at the York Correctional Facility for Women in York, Nebraska.

    DATED this 2nd day of March, 2011.

                                      BY THE COURT:

                                      *s/ Cheryl R. Zwart*
                                      United States Magistrate Judge